## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ACCESS FOR THE DISABLED, INC.,**
**and ROBERT COHEN,**

    **Plaintiffs,**

**v.**                                                    Case No.  8:05-cv-1312-T-30MSS

**3D REALTY FLORIDA, LLC,**

    **Defendant.**
_____/

## **ORDER OF DISMISSAL**

Before the Court is the Stipulation for Voluntary Dismissal With Prejudice (Dkt. #16).

In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 4, 2006.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-1312.dismissal.wpd